UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY DEAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No. 2:25-cv-03120-EFB (HC)<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

　　　　The application attacks a conviction issued by the Riverside County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2  This matter is transferred to the United States District Court for the Central District of

3  California.

4

5  Dated: November 20, 2025

6  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE