**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ANTHONY DEAN,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 5:25-cv-03302-MWC-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

DATED: 6/12/26

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE